# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MATTHEW D. SARVER,** | : | CIVIL ACTION |
|     **Plaintiff** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **THE SHERWIN WILLIAMS CO.,** | : | |
|     **Defendant.** | : | NO: 12-02702 |

## O R D E R

**AND NOW**, this 31st day of July, 2013, upon consideration of Defendant's Motion for Summary Judgment (Doc. No. 14), it is hereby **ORDERED** that the Motion is **DENIED**.

BY THE COURT:

/s/LAWRENCE F. STENGEL
LAWRENCE F. STENGEL, J.