# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| MATTHEW D. SARVER, | : | CIVIL ACTION |
| --- | --- | --- |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| THE SHERWIN WILLIAMS CO., | : | |
| Defendant. | : | NO: 12-02702 |

## O R D E R

**AND NOW**, this 31st day of July, 2013, upon consideration of Defendant's Motion for Summary Judgment (Doc. No. 14), it is hereby **ORDERED** that the Motion is **DENIED**.

                                                  BY THE COURT:

                                                  /s/LAWRENCE F. STENGEL
                                                  LAWRENCE F. STENGEL, J.